CHARLES F. WILLIS AND ALLSTATE INSURANCE COMPANY, PLAINTIFFS-RESPONDENTS AND CROSS-APPELLANTS, v. SECURITY INSURANCE GROUP, DEFENDANT-APPELLANT AND CROSS-RESPONDENT.

JOSEPH NACHTRIEB, PLAINTIFF-RESPONDENT, v. ALLSTATE INSURANCE COMPANY, DEFENDANT AND THIRD PARTY PLAINTIFF-RESPONDENT AND CROSS-APPELLANT.

LA FLAM-JENTSCH, INC., *ET AL.*, DEFENDANTS, v. UNIVERSAL UNDERWRITER'S INSURANCE COMPANY, THIRD PARTY DEFENDANT-APPELLANT AND CROSS-RESPONDENT.

Argued January 6, 1969—Decided February 3, 1969.

*Mr. Michael Patrick King* argued the cause for plaintiffs-respondents and cross-appellants Charles F. Willis and Allstate Insurance Company, and for defendant and third-party plaintiff-respondent and cross-appellant Allstate Insurance Company (*Messrs. Kisselman, Devine, Deighan & Montano,* attorneys).

*Mr. Michael A. Orlando* argued the cause for defendant-appellant and cross-respondent Security Insurance Group (*Messrs. Orlando & Cummins,* attorneys).

*Mr. Sidney P. McCord* argued the cause for third-party defendant-appellant and cross-respondent Universal Underwriter's Insurance Co. (*Messrs. McCord, Farrell, Eynon & Munyon,* attorneys).

*Mr. Stephen E. Barcan* argued the cause for New Jersey Automobile Dealers Association as *amicus curiae* (*Messrs. Wilentz, Goldman & Spitzer,* attorneys).

The opinion of the court was delivered

PER CURIAM. The judgments are affirmed for the reasons expressed by Judge Wick in the Superior Court, Chancery Division, in *Willis v. Security Insurance Group,* 104 *N. J. Super.* 410 (*Ch. Div.* 1968).

*Nachtrieb v. Allstate Insurance Company* was decided by Judge Wick in an oral opinion within a few days of *Willis v. Security Insurance Group.* The basic issues are the same and in our view are controlled by the decision announced in *Willis.* See also, *American Motorists Insurance Company v. Kaplan,* 209 *Va.* 53, 161 *S. E.* 2d 675 (1968).

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, HALL and SCHETTINO—5.

*For reversal*—None.